UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Wilson Earl Love, | Case No. 2:25-cv-01042-CDS-NJK |
| Plaintiff | **Order Adopting Magistrate Judge's Report and Recommendation and Closing Case** |
| v. | |
| State of Nevada, et al., | [ECF No. 10] |
| Defendants | |

Plaintiff Wilson Love initiated this lawsuit by filing an application to proceed *in forma pauperis* (IFP) alongside his complaint. ECF No. 1; ECF No. 1-1. United States Magistrate Judge Nancy J. Koppe granted Love's IFP application, screened his complaint under 28 U.S.C. § 1915(e)(2), and dismissed Love's claims with leave to amend. Order, ECF No. 5. After screening Love's amended complaint, Judge Koppe issued a report and recommendation (R&R) that I dismiss the amended complaint with prejudice because Love's claims are barred by the *Heck* doctrine and the statute of limitations, and because Love fails to adequately plead a civil rights claim. R&R, ECF No. 10 at 3 (citing *Heck v. Humphrey*, 512 U.S. 477, 484 (1994)).

Love had until October 31, 2025, to file any objections to the R&R. Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days); *see also* 28 U.S.C. § 636(b)(1)(C) (same). Love has neither objected to the R&R nor requested more time to do so. Thus, "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed the magistrate judge's findings and agree with the analysis and conclusion. So I accept the R&R in full.

Conclusion

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation R&R [ECF No. 10] is accepted and adopted in its entirety. This action is dismissed with prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case.

Dated: November 14, 2025

_____
Cristina D. Silva
United States District Judge